IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Date of Conversion: 8/5/2013 |
| CORNHUSKER RBM, LLC, *et al.*, | ) | |
| | ) | Case No. 13-26443 |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Jack B. Schmetterer |

## DEBTORS' FINAL REPORT AND ACCOUNT
## AND SCHEDULE OF POSTPETITION DEBTS

Dated: August 16, 2013

Respectfully submitted,

CORNHUSKER RBM, LLC; DIATRI, LLC;
MIDWEST DIAGNOSTIC MANAGEMENT,
LLC; ADVANCED ANCILLARY SERVICES,
LLC; AND DIAGNOSTIC P.E.T.
NETWORK, LLC

By: /s/ Carolina Y. Sales
One of Their Attorneys

Paul M. Bauch (ARDC #6196619)
Carolina Y. Sales (ARDC #6287277)
BAUCH & MICHAELS, LLC
53 W. Jackson Boulevard, Suite 1115
Chicago, Illinois 60604
Tel: (312) 588-5000
Fax: (312) 427-5709

SCHEDULE I – DISPOSITION OF ASSETS

| Asset Description (Scheduled and Unscheduled Property) | Petition/ Unscheduled Value | State and Location of Property (Including Information on Disposal, if Property is Currently Not Property of the Estate) |
|---|---|---|
| Bridgeview Bank Account | $0.00 | frozen pursuant to third party citation |
| DIP Accounts | $67,994.18 | closed 08/16/2013; remaining amount ($67,994.18) sent to trustee |
| Advanced Ancillary accounts receivable | $106,607.93 | some collected during bankruptcy; remainder delivered to trustee 08/05/2013 |
| Cornhusker accounts receivable | $6,061.05 | some collected during bankruptcy; remainder delivered to trustee 08/05/2013 |
| Cornhusker accounts receivable – Cornhusker Capital; Reginald McGaugh | $54,232.47 | delivered to trustee 08/05/2013 |
| Diagnostic P.E.T. accounts receivable | $375,931.44 | some collected during bankruptcy; remainder delivered to trustee 08/05/2013 |
| Un-deposited Checks | Undetermined | Delivered to trustee 8/05/2013. Estimated at approximately $20,000. Trustee removed checks from the office before any could be accounted for or documented. |
| Diagnostic P.E.T. prepaid expenses - contracts | $1,249.97 | delivered to trustee 08/05/2013 |
| Diagnostic P.E.T. prepaid expenses - insurance | $15,195.84 | delivered to trustee 08/05/2013 |
| Advanced Ancillary shareholder loan | $30,785.42 | delivered to trustee 08/05/2013 |
| Diatri shareholder loan | $689,332.00 | delivered to trustee 08/05/2013 |
| Customer/patient lists and patient information | Undetermined | delivered to trustee 08/05/2013 |
| Furniture & fixtures | Undetermined | delivered to trustee 08/05/2013 |
| Equipment | Undetermined | delivered to trustee 08/05/2013 |
| Membership interests in co-debtors | Undetermined | delivered to trustee 08/05/2013 |
| Inter-company receivables | Undetermined | delivered to trustee 08/05/2013 |
| Midwest Diagnostic security deposit | $18,884.31 | in possession of landlord |

| Asset Description (Scheduled and Unscheduled Property) | Petition/ Unscheduled Value | State and Location of Property (Including Information on Disposal, if Property is Currently Not Property of the Estate) |
|---|---|---|
| Midwest Diagnostic accounts receivable | $489,613.85 | some collected during bankruptcy; remainder delivered to trustee 08/05/2013 |
| Midwest Diagnostic shareholder loan | $78,118.15 | delivered to trustee 08/05/2013 |
| Midwest Diagnostic software | $209,213.69 | delivered to trustee 08/05/2013 |
| Midwest Diagnostic leasehold improvement | $9,995.55 | delivered to trustee 08/05/2013 |
| telephone number | Undetermined | delivered to trustee 08/05/2013 |
| facsimile number | Undetermined | delivered to trustee 08/05/2013 |
| contracts with providers | Undetermined | delivered to trustee 08/05/2013 |
| interests in insurance policies | Undetermined | delivered to trustee 08/05/2013 |

## SCHEDULE II – POST-PETITION CREDITORS

| Name and Address | Type (Administrative, Superpriority, etc.) | Amount Due |
|---|---|---|
| The Garden City Group, Inc. 1985 Marcus Ave., Suite 200 Lake Success, NY 11042 | Administrative | $60,186.00 |

| Name and Address | Type (Administrative, Superpriority, etc.) | Amount Due |
|---|---|---|
| United States Trustee<br>U.S. Trustee Payment Center<br>P.O. Box 70937<br>Charlotte, NC 28272-0937<br>(quarterly fees, 2nd Qtr.) | Administrative | $0.00 |
| Raymond McGaugh | Administrative | $29,994.00 |
| United States Trustee<br>U.S. Trustee Payment Center<br>P.O. Box 70937<br>Charlotte, NC 28272-0937<br>(quarterly fees, 3rd Qtr.) | Administrative | $1,625.00 |
| Ruth Baugh<br>8734 Prairietown Road<br>Dorsey, IL 62021 | Administrative - Payroll | 5,314.80 |
| Biniewicz, Amy M.<br>4818 W 122Nd St Iw<br>Alsip, IL 60803 | Administrative - Payroll | 5,192.31 |
| Carabott, Laura A<br>19937 Newton Way<br>Mokena, IL 60448 | Administrative - Payroll | 4,605.60 |
| Carusi, Melissa L.<br>309 Whittier Avenue Apt. 1<br>Joliet, IL 60435 | Administrative - Payroll | 3,482.40 |
| Chandamany, Chanthasith<br>1806 Northshire Dr.<br>Plainfield, IL 60586 | Administrative - Payroll | 6,346.15 |
| Doody, Laura J.<br>1380 O'Connell Circle<br>New Lenox, IL 60451 | Administrative - Payroll | 3,843.00 |
| Fuqua, Scott R.<br>22307 Jeanette Court<br>Frankfort, IL 60423 | Administrative - Payroll | 13,846.15 |

| Name and Address | Type (Administrative, Superpriority, etc.) | Amount Due |
|---|---|---|
| Janus, Mary L. 930 Charles Street Crete, IL 60417 | Administrative - Payroll | 7,500.00 |
| Johnson, Keli M. 4140 W. Pauling Road Monee, IL 60449 | Administrative - Payroll | 4,128.00 |
| Jones III, Richard A. 29482 Cottage Court Menifee, CA 92584 | Administrative - Payroll | 6,923.08 |
| Jones, Angela T. 17396 69Th Avenue Apt 2A Tinley Park, IL 60477 | Administrative - Payroll | 3,741.60 |
| Morrall, Jill M. 490 Halfway Road Bourbonnais, IL 60914 | Administrative - Payroll | 5,481.60 |
| Parrish, Jenee A 7 Mcdonald Lane Frankfort, IL 60423 | Administrative - Payroll | 3,871.20 |
| Sealy, Barbara A. 8432 Meadows Edge Trail Tinley Park, IL 60487 | Administrative - Payroll | 9,576.92 |
| Serafin, Sherri L. 5220 W 139th St Crestwood, IL 60445 | Administrative - Payroll | 6,923.08 |
| Southern, Kristy R. 8474 S Bishop Chicago, IL 60620 | Administrative - Payroll | 3,804.00 |
| Stevenson, Darlene L. 34 S Arbor Trail Park Forest, IL 60466 | Administrative - Payroll | 4,057.06 |

| Name and Address | Type (Administrative, Superpriority, etc.) | Amount Due |
|---|---|---|
| Wesoloski, Carla L.<br>102 Peach St<br>Park Forest, IL  60466 | Administrative - Payroll | 4,027.20 |
| Fuqua, Scott R.<br>22307 Jeanette Court<br>Frankfort, IL  60423 | Administrative – unpaid employee reimbursed business expenses | 1624.04 |
| Jones III, Richard A.<br>29482 Cottage Court<br>Menifee, CA  92584 | Administrative – unpaid employee reimbursed business expenses | 580.38 |
| Sealy, Barbara A.<br>8432 Meadows Edge Trail<br>Tinley Park, IL  60487 | Administrative – unpaid employee reimbursed business expenses | 389.76 |
| | *Total* | $   0.00 |

## SCHEDULE III – POST-PETITION PAYMENTS TO PROFESSIONALS

| Name and Address of Professional | Amount Paid Post-Petition | Retainer |
|---|---|---|
| *Total* | $   0.00 | $   0.00 |

## SCHEDULE IV – POST-PETITION RECEIPTS & DISBURSEMENTS

| Month | Receipts | Disbursements |
|---|---|---|
| June 2013 | $27,792.55 | $0.00 |
| July 2013 | $141,060.20 | $148,921.00 |
| August 2013 | $23,689.48 | $8,050.60 |
| *Total* | **$192,551.23** | **$   156,971.60** |

I, Scott Fuqua, President of Sales, declare under penalty of perjury that I have fully read and understood the foregoing Final Report and Account and that the information contained herein is true and complete to the best of my knowledge.

Date: _8-16-13_____

Principal for Debtors-In-Possession



Main        Bill Payment        E Statements        Options        My Finance        Rewards

My Custom View        Accounts

**Welcome Midwest Diagnostic Management LLCI**

Deposit Accounts                                          View 5 | **10** | 20 | 50 | 100 | ALL

| Account (Click for Transaction Details) | Balance | Status | |
| --- | --- | --- | --- |
| Midwest Diagnostic | 38,163.88 | | Select Option |
| Diagnostic PET | 17,362.03 | | Select Option |
| Advanced Ancillary | 12,468.27 | | Select Option |

**Customer Summary Information**

3 Deposit accounts with a total balance of 67,994.18

You last accessed your Online Banking account on Friday, August 02, 2013 6:06:15 PM Central Time
You have accessed Online Banking 13 time(s) since Wednesday, July 03, 2013 10:56:40 AM Central Time    Reset this counter









 **Old Second**

| Account: Midwest Diagnostic | | | Time: 8/16/2013 2:22:16 PM | | |
|---|---|---|---|---|---|

| Date: | Ref/Check No: | Description: | Debit: | Credit: | Balance |
|---|---|---|---|---|---|
| 08/02/2013 | View Image | Deposit | | ✓ 5,828.01 | 38,163.88 |
| 07/31/2013 | | Service Charge | ✓ -24.60 | | 32,335.87 |
| 07/29/2013 | View Image | Deposit | | 6,106.25 | 32,360.47 |
| 07/23/2013 | View Image | Deposit | | 11,578.26 | 26,254.22 |
| 07/19/2013 | View Image | Deposit | | 1,460.66 | 14,675.96 |
| 07/16/2013 | View Image | Deposit | | 13,057.13 | 13,215.30 |
| 07/11/2013 | | AC DELUXE BUS SYS. BUS PRODS 042000015850629CCD 1411877307 66290374 | ✓ -37.37 | | 158.17 |
| 07/09/2013 | | In Person Transfer Debit | ✓ -26,500.00 | | 195.54 |
| 07/08/2013 | View Image | Deposit | | 10,684.22 | 26,695.54 |
| 07/01/2013 | | Telephone Transfer Debit | -18,000.00 | | 16,011.32 |
| 07/01/2013 | View Image | Deposit | | 14,742.46 | 34,011.32 |
| 06/28/2013 | View Image | Deposit | | ✓ 19,268.86 | 19,268.86 |

| | Total Debits: | ($44,561.97) | | Total Credits: | $82,725.85 |
|---|---|---|---|---|---|

Receipts          Disbursements

June      19,268.86

July      57,628.98          61.97

Aug.      5828.01

 # Old Second

| Account: Advanced Ancillary | | | Time: 8/16/2013 2:20:29 PM | | | |
|---|---|---|---|---|---|---|
| Date: | Ref/Check No: | Description: | Debit: | Credit: | | Balance: |
| 08/06/2013 | 501 | Check 501 | -269.22 | | | 12,468.27 |
| 08/02/2013 | View Image | Deposit | | 1,145.93 | | 12,737.49 |
| 07/31/2013 | | Service Charge | -5.00 | | | 11,591.56 |
| 07/29/2013 | View Image | Deposit | | 2,331.61 | | 11,596.56 |
| 07/23/2013 | View Image | Deposit | | 303.54 | | 9,264.95 |
| 07/16/2013 | View Image | Deposit | | 6,437.72 | | 8,961.41 |
| 07/10/2013 | 710130392 | Transf to Diagnostic PET Confirmation number 710130392 | -6,000.00 | | | 2,523.69 |
| 06/28/2013 | View Image | Deposit | | 8,523.69 | | 8,523.69 |

| | Total Debits: | ($6,274.22) | Total Credits: | $18,742.49 | |
|---|---|---|---|---|---|

6/28/13        Receipts        Disbursments

June        8523.69

July        9,072.87        5.00

Aug.        1145.93        269.22

 **Old Second**

| Account: Diagnostic PET | | | Time: 8/16/2013 2:21:12 PM | | |
|---|---|---|---|---|---|

| Date: | Ref/Check No: | Description: | Debit: | Credit: | Balance: |
|---|---|---|---|---|---|
| 08/06/2013 | 512 | Check 512 | -46.50 | | 17,362.03 |
| 08/06/2013 | 507 | Check 507 | -76.20 | | 17,408.53 |
| 08/06/2013 | | AC Streeterville Op SIGONFILE 111924680686423CCD 9000200757 4B6WR1 | -370.00 | | 17,484.73 |
| 08/06/2013 | | AC Joliet Open MRI, SIGONFILE 111924680686420CCD 0000200685 1B6WR1 | -450.00 | | 17,854.73 |
| 08/06/2013 | | AC Streeterville Op SIGONFILE 111924680686424CCD 9000200757 5B6WR1 | -500.00 | | 18,304.73 |
| 08/06/2013 | | AC Open MRI of Olym SIGONFILE 111924680686422CCD 9000200737 3B6WR1 | -500.00 | | 18,804.73 |
| 08/06/2013 | | AC Bloomingdale Ope SIGONFILE 111924680686421CCD 9000200721 2B6WR1 | -1,000.00 | | 19,304.73 |
| 08/06/2013 | 511 | AC ComEd CHECKPYMT ARC CHECK # 511 | -1,026.30 | | 20,304.73 |
| 08/06/2013 | 508 | Check 508 | -3,550.00 | | 21,331.03 |
| 08/06/2013 | | AC MERCHANT SERVICE MERCH DEP 042000012776197CCD 1841010148 541605100051044 | | 200.00 | 24,881.03 |
| 08/06/2013 | | AC B5908 CONTAIN HO REV TRUST 021000021884204CCD 9320459000 B5908 | | 3,136.54 | 24,681.03 |
| 08/02/2013 | | AC MERCHANT SERVICE MERCH FEE 042000019899573CCD 1841010148 541605100051044 | -262.38 | | 21,544.49 |
| 08/02/2013 | View Image | Deposit | | 13,379.00 | 21,806.87 |
| 07/31/2013 | | Service Charge | -5.00 | | 8,427.87 |
| 07/31/2013 | | AC B5908 CONTAIN HO FIX 011300148633786CCD 1364227403 B5908 | -557.66 | | 8,432.87 |
| 07/31/2013 | 505 | Check 505 | -5,095.50 | | 8,990.53 |
| 07/30/2013 | | AC FOX VALLEY OPEN ACH 028000086045275TEL 5330903620 | -1,250.00 | | 14,086.03 |
| 07/30/2013 | 504 | AC HARTFORD FIRE INCHECKPYMT ARC CHECK # 0504 | -1,619.48 | | 15,336.03 |
| 07/29/2013 | 503 | Check 503 | -2,592.90 | | 16,955.51 |
| 07/29/2013 | View Image | Deposit | | 19,375.56 | 19,548.41 |
| 07/29/2013 | | Return Item Credit | | 557.66 | 172.85 |
| 07/26/2013 | | NSF/OD Item Fee | -35.00 | | -384.81 |
| 07/26/2013 | | AC B5908 CONTAIN HO BILLING 011300148418933CCD 1364227403 B5908 | -557.66 | | -349.81 |
| 07/26/2013 | | AC B5908 CONTAIN HO TRUST 021000025571282CCD 9320459000 B5908 | -1,061.53 | | 207.85 |
| 07/26/2013 | | AC B5908 CONTAIN HO TRUST 021000025571283CCD 9320459000 B5908 | -3,136.54 | | 1,269.38 |
| 07/26/2013 | | AC PAYLOCITY CORPOR TAX COL 011300148420213CCD 1364227403 | -11,418.46 | | 4,405.92 |
| 07/26/2013 | | AC B5908 CONTAIN HO DIR DEP 043000098224941CCD 1364227403 B5908 | -19,689.50 | | 15,824.38 |
| 07/23/2013 | View Image | Deposit | | 2,155.41 | 35,513.88 |
| 07/19/2013 | | AC Rockford Open MR SIGONFILE 111924689876487PPD 9000171337 | -350.00 | | 33,358.47 |
| 07/19/2013 | 501 | Check 501 | -4,782.00 | | 33,708.47 |
| 07/19/2013 | View Image | Deposit | | 4,125.00 | 38,490.47 |
| 07/17/2013 | | AC Rockford Open MR SIGONFILE 111924689812141PPD 9000171337 | -450.00 | | 34,365.47 |
| 07/17/2013 | 502 | Check 502 | -12,762.32 | | 34,815.47 |
| 07/16/2013 | View Image | Deposit | | 42,006.42 | 47,577.79 |
| 07/11/2013 | | Wire Transfer Fee | -25.00 | | 5,571.37 |
| 07/11/2013 | | AC DELUXE BUS SYS. BUS PRODS 042000015850785CCD 1411877307 66290272 | -37.37 | | 5,596.37 |
| 07/11/2013 | | Wire Transfer Debit SOI DEPOSITORY 121000248 2000002919375 3023 HSBC WAY SUITE 100 FORT MILL, SC WELLS FARGO NA | -42,042.64 | | 5,633.74 |
| 07/10/2013 | | AC FOX VALLEY OPEN ACH 028000085669446TEL 5330903620 | -575.00 | | 47,676.38 |
| 07/10/2013 | 710130392 | Trsf from Advanced Ancillary Confirmation number 710130392 | | 6,000.00 | 48,251.38 |
| 07/09/2013 | | In Person Transfer Credit | -26,500.00 | | 42,251.38 |
| 07/08/2013 | View Image | Deposit | | 6,138.30 | 15,751.38 |
| 07/05/2013 | | AC FOX VALLEY OPEN ACH 028000084824811TEL 5330903620 | -675.00 | | 9,613.08 |
| 07/02/2013 | | Wire Transfer Fee | -25.00 | | 10,288.08 |
| 07/02/2013 | | Wire Transfer Fee | -25.00 | | 10,313.08 |
| 07/02/2013 | | Wire Transfer Debit SOI DEPOSITORY ACCOUNT 121000248 2000002919375 3023 HSBC WAY SUITE 100 FORT MILL SC 29707 WELLS FARGO NA PAYROLL | -500.00 | | 10,338.08 |
| 07/02/2013 | | Wire Transfer Debit SOI DEPOSITORY ACCOUNT 121000248 2000002919375 3023 HSBC WAY SUITE 100 | -39,585.47 | | 10,838.08 |

| | Total Debits: | ($156,635.41) | Total Credits: | $123,573.89 | |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| June | 0 | 0 |
| July | 74,358.35 | 148,854.03 149,146.44 |
| Aug. | 16,715.54 | 7,106 7781.38 |

2:34 PM

08/16/13

Accrual Basis

# Diagnostic P.E.T. Network, LLC - DIP
## Transactions by Account
### As of August 16, 2013

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-----|-------|-------|--------|---------|
| **2000 · Accounts Payable** | | | | | | | | | 0.00 |
| **2002 · Accounts Payable-Operations** | | | | | | | | | 0.00 |
| Bill | 07/01/2013 | 15278 | The File Center | Invoice #15278 | | -SPLIT- | | 170.00 | 170.00 |
| Bill | 07/02/2013 | 7490... | EarthLink Business | 7/2/2013 - 8/... | | 6109-6 · Telep... | | 599.24 | 769.24 |
| Bill | 07/04/2013 | 8177... | AT&T Long Distance | corporate ID:... | | 6109-6 · Telep... | | 2,159.03 | 2,928.27 |
| Bill | 07/06/2013 | 8580... | AT&T Long Distance | 856039669-8 | | 6109-6 · Telep... | | 16.83 | 2,945.10 |
| Bill | 07/08/2013 | 003895 | TransPerfect Remo... | Job #RI0003... | | 6109-2 · Trans... | | 195.00 | 3,140.10 |
| Bill | 07/13/2013 | 703R... | UPS | Account#000... | | 6107 · Postag... | | 81.51 | 3,221.61 |
| Bill | 07/16/2013 | IN597... | Illinois Paper & Cop... | Invoice #IN5... | | 6106 · Office ... | | 353.98 | 3,575.59 |
| Bill | 07/18/2013 | IN601... | Illinois Paper & Cop... | Invoice #IN6... | | 6106 · Office ... | | 438.41 | 4,014.00 |
| Bill | 07/18/2013 | 092057 | 311 So Wacker LLC | | | 6115-4 · Chica... | | 23.00 | 4,037.00 |
| Bill | 07/19/2013 | 7084... | AT&T | July 19 - Aug... | | 6109-6 · Telep... | | 1,202.22 | 5,239.22 |
| Bill | 07/19/2013 | 7282... | AT&T-1 | Acct #831-00... | | 6109-6 · Telep... | | 727.30 | 5,966.52 |
| Bill | 07/20/2013 | 703R... | UPS | Account#000... | | 6107 · Postag... | | 24.10 | 5,990.62 |
| Bill | 07/24/2013 | 363482 | United Healthcare I... | Inv #C00321... | | 1202 · Prepaid... | | 6,741.52 | 12,732.14 |
| Bill | 07/26/2013 | 780253 | Aflac | Acct. BNP42 | | 6003-6 · Healt... | | 74.16 | 12,806.30 |
| Bill | 07/27/2013 | 703R... | UPS | Account#000 | | 6107 · Postag... | | 2.38 | 12,806.68 |
| Bill | 07/30/2013 | Augu... | First Insurance Fun... | Acct. 01112-... | | 1202 · Prepaid... | | 2,722.55 | 15,531.23 |
| Bill | 08/01/2013 | 092063 | 311 So Wacker LLC | August Chica... | | 6115-4 · Chica... | | 5,095.50 | 20,626.73 |
| Bill | 08/01/2013 | 768 | Sapphire Software ... | Consulting S... | | -SPLIT- | | 1,562.50 | 22,189.23 |
| **Total 2002 · Accounts Payable-Operations** | | | | | | | 0.00 | 22,189.23 | 22,189.23 |
| **Total 2000 · Accounts Payable** | | | | | | | 0.00 | 22,189.23 | 22,189.23 |
| **TOTAL** | | | | | | | **0.00** | **22,189.23** | **22,189.23** |

**Address Listing**

CORNHUSKER, LLC  (B5908)

| ID | Employee | Address | Phone | Annual | 3 Weeks DU |
|----|----------|---------|-------|--------|------------|
| 1 | Baugh, Ruth A. | 8734 Prairietown Road<br>DORSEY, IL  62021 | (618) 888-2337 | 46,061.60 | 5,314.80 |
| 2 | Biniewicz, Amy M. | 4818 W 122Nd St Iw<br>Alsip, IL  60803 | (708) 674-9106 | 45,000.00 | 5,192.31 |
| 3 | Carabott, Laura A. | 19937 Newton Way<br>Mokena, IL  60448 | (708) 478-4712 | 39,915.20 | 4,605.60 |
| 4 | Carusi, Melissa L. | 309 Whittier Avenue Apt. 1<br>Joliet, IL  60435 | (815) 641-9415 | 30,180.80 | 3,482.40 |
| 5 | Chandamany, Chanthasith | 1806 Northshire Dr.<br>Plainfield, IL  60586 | (815) 582-9280 | 55,000.00 | 6,346.15 |
| 6 | Doody, Laura J. | 1380 O'Connell Circle<br>New Lenox, IL  60451 | (815) 463-0418 | 33,306.00 | 3,843.00 |
| 7 | Fuqua, Scott R. | 22307 Jeanette Court<br>Frankfort, IL  60423 | (815) 806-2267 | 120,000.00 | 13,846.15 |
| 8 | Janus, Mary L. | 930 Charles Street<br>Crete, IL  60417 | (708) 672-6483 | 65,000.00 | 7,500.00 |
| 9 | Johnson, Keli M. | 4140 W. Pauling Road<br>Monee, IL  60449 | (708) 534-3123 | 35,776.00 | 4,128.00 |
| 11 | Jones III, Richard A. | 29482 Cottage Court<br>Menifee, CA  92584 | (951) 208-6667 | 60,000.00 | 6,923.08 |
| 10 | Jones, Angela T. | 17396 69Th Avenue Apt 2A<br>Tinley Park, IL  60477 | (708) 208-9785 | 32,427.20 | 3,741.60 |
| 12 | Morrall, Jill M. | 490 Halfway Road<br>Bourbonnais, IL  60914 | (815) 614-3533 | 47,507.20 | 5,481.60 |
| 13 | Parrish, Jenee A. | 7 Mcdonald Lane<br>Frankfort, IL  60423 | (815) 469-9176 | 33,550.40 | 3,871.20 |
| 14 | Sealy, Barbara A. | 8432 Meadows Edge Trail<br>Tinley Park, IL  60487 | (815) 464-0289 | 83,000.00 | 9,576.92 |
| 15 | Serafin, Sherri L. | 5220 W 139th St<br>Crestwood, IL  60445 | (708) 705-9490 | 60,000.00 | 6,923.08 |
| 16 | Southern, Kristy R. | 8474 S Bishop<br>Chicago, IL  60620 | (773) 239-5097 | 32,968.00 | 3,804.00 |
| 17 | Stevenson, Darlene L. | 34 S Arbor Trail<br>Park Forest, IL  60466 | (708) 466-4856 | 35,161.20 | 4,057.06 |
| 18 | Wesoloski, Carla L. | 102 Peach St<br>Park Forest, IL  60466 | (708) 362-1846 | 34,902.40 | 4,027.20 |

**Address Listing**

CORNHUSKER, LLC   (B5908)

iE        Reimbursed Exps.

1624.04

580.38

389.76

# ContainCare

**WEEKLY EXPENSE REPORT**

**EMPLOYEE NAME:** Scott Fuqua

**WEEK ENDING DATE:** July 20, 2013

| DAY | Sun | Mon | Tues | Wed | Thurs | Fri | Sat | |
|---|---|---|---|---|---|---|---|---|
| DATE | 07/14/13 | 07/15/13 | 07/16/13 | 07/17/13 | 07/18/13 | 07/19/13 | 07/20/13 | |
| AIRFARE | 699.80 | | | | | | | 699.80 |
| CAR RENTAL | | | | | | | | 0.00 |
| HOTEL ($125 Cap) | | 437.75 | | | | | | 437.75 |
| TOLLS & PARKING | | 30.00 | | | | | | 30.00 |
| LOCAL TRANSPORTATION | 12.50 | 12.50 | | | | | | 25.00 |
| MILES | 30.00 | 30.00 | | | | | | 60.00 |
| Mileage (up to $800.00 Monthly) | 15.30 | 15.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.60 |
| GAS | | | | | | | | 0.00 |
| TRANS. & LODGING SUBTOTAL | 727.60 | 495.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,223.15 |
| TELEPHONE | | | | | | | | 0.00 |
| CELL PHONE ($75 Cap) | | | | | | | | 0.00 |
| INTERNET CHARGES ($25 Cap) | | | | | | | | 0.00 |
| TELEPHONE SUBTOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BREAKFAST ($15 Cap) | | 20.40 | | | | | | 20.40 |
| LUNCH ($20 Cap) | | | | | | | | 0.00 |
| DINNER ($25 Cap) | 33.85 | | | | | | | 33.85 |
| MEALS SUBTOTAL | 33.85 | 20.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54.25 |
| BUSINESS MEALS | | 322.39 | | | | | | 322.39 |
| ENTERTAINMENT | | | | | | | | 0.00 |
| GIFTS | | | | | | | | 0.00 |
| BUS MEALS & ENT. SUBTOTAL | 0.00 | 322.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 322.39 |
| OFFICE/PRINTING SUPPLIES | | | | | | | | 0.00 |
| OFFICE EQUIPMENT (Pre-approval required) | | | | | | | | 0.00 |
| POSTAGE | | | | | | | | 0.00 |
| OTHER | | | | | | | | 0.00 |
| OFFICE/MISC SUBTOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 761.45 | 838.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,599.79 |

**TOTAL DUE TO EMPLOYEE:** 1,599.79

I certify that the above information is complete and true and in compliance with Company policy.

_____ 7/22/13

Employee Signature                Date

_____

Approved By                Date

_____

Approved By                Date

## II. CITIES VISITED

| DATE | CITY |
|------|------|
| 7/14/2013 | NYC- Segal |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## III. EXPLANATION OF MEALS & ENTERTAINMENT EXPENSES

| DATE | PLACE | Purpose | PERSONS ATTENDING | AMOUNT |
|------|-------|---------|-------------------|--------|
| 7/16/2013 | Events and Everyday | presentation | Segal NYC office - 17 attendees | 322.39 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## IV. EXPLANATION OF OTHER EXPENSES
**(Under misc. on expense report)**

**V. For Accounting Purpose Only**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Train to city | $12.50 |
| | Train to Airport | $12.50 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|--|--|--|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

EVENTS AND EVERYDAY
P.O.BOX#1397
NEW YORK, NY, 10018

**Invoice**

| Date | Invoice # |
|------|-----------|
| 7/16/2013 | 292251 |

## Bill To
SEGAL COMPANY
ORDERED BY: TERRY-ANN CLARKE
TEL(212)251-5000
NEW YORK, NY 10001

## Ship To
SEGAL COMPANY
333 WEST 34th ST, *3rd FL*
TERRY-ANN(212)251-5000
16-GUESTS, 11:30-11:45AM, CONF "B"

| P.O. Number | Terms | Rep | Notes / Email |
|-------------|-------|-----|---------------|
| ScottFuguazx03.16 | MONTHLY | RM | TCLArketurner@segalco.com |

| Item Code | Quantity | Description | Price Each | Amount |
|-----------|----------|-------------|------------|--------|
| 240 | 16 | BLK..<br>*PREMIER LUNCH<br>*SANDWICH PLATTER >> BLK (2)<br>plttr#1: 6-DELI<br>plttr#2: 5-GOURMET, 5-WRAPS<br>* (TOTAL 2-VEGGIES) *<br>M&m<br>*PENNE & BROCCOLI Blk-11<br>*TRI-COLOR LEAF Salad Blk-11<br>*(Pomegranate Vinaigrette)*<br>*SLICED FRUIT Blk-11<br>*DESSERT Blk-16 | 16.95 | 271.20T |
| 575 | 1 | *GRATUITY (As Per Customer) | 27.12 | 27.12 |
| 222 | | x *Clarke-June* | | |
| 111 | | THANK YOU ! ! !<br>SALES TAX | 8.875% | 24.07 |

Keeping The Healthy You in Mind !

| **Total** | $322.39 |
|-----------|---------|



## Scott Fuqua

**From:**    reply@travelnow.com
**Sent:**    Thursday, July 18, 2013 5:43 PM
**To:**    Scott Fuqua
**Subject:** Itinerary - Jul 15, 2013 - (Itin# 113296079287)

This e-mail contains a copy of an Travelscape itinerary sent by Travelscape agent from Scott Fuqua's account. For the most up-to-date information we recommend you view this itinerary online.

## 113296079287

## Booked items

**Hotel:** New York

Travelscape itinerary number: **113296079287**
Travelscape booking ID: 359000857 (63)
Hotel confirmation number: 359000857EXPE

**Main contact:** Scott Fuqua
E-mail: sfuqua@canteencare.com
Home phone: 17084157094

### Traveler and cost summary

| Reserved for:<br>**Scott Fuqua** | Hotel: 1 adult | Superior Double Room -<br>NonRefundable | 7/15: $134.10 per night<br>7/16: $215.10 per night |
|---|---|---|---|
| | | Taxes & Service Fees | $44.27 per night |
| | | Amount charged for hotel reservation | **$437.75** |

### Room options / Additional requests

We will forward your requests to the property, but we cannot guarantee that your requests will be honored.

1 DOUBLE BED, Non-Smoking

### Hotel summary

🏨 Mon Jul-15-2013 (2 nights)

### Hotel Pennsylvania

401 7th Ave
New York, NY 10001
United States of America

**Check in:** Mon Jul-15-2013
**Check out:** Wed Jul-17-2013

Reservation questions: 1-800-394-1454
For other information contact the hotel: Tel: 1 (212) 736-5000    Fax: 1 (212) 502-8712

Hotel Class: ☆☆☆½

Unless specified otherwise, rates are quoted in US dollars.

The price shown above DOES NOT include any applicable hotel service fees, charges for optional incidentals (such as minibar snacks or telephone calls), or regulatory surcharges. The lodging will assess these fees, charges, and surcharges upon check-out.

Your room is guaranteed for late arrival.

### Hotel rules and restrictions
Property policies

- We understand that sometimes plans fall through. We do not charge a cancel or change fee.

7/18/2013

DATE: 15JUL13  CONFIRMATION NUMBER: AWBK6A  AGENT: e61012  EXPIRATION DATE: 08JUL14  TICKET#: 5262144254219

| From To | Flt | Date | Dep | Arr | BC |
|---|---|---|---|---|---|
| MDW EWR | 580 | 15JUL | 135P | 440P | Y |
| EWR MDW | 625 | 16JUL | 600P | 730P | Y |

## TICKET TOTAL

Customer Name
FUQUA/SCOTT

NONTRANSFERABLE
VI XXXXXXXXXXXX8397
FP *ETKT $515.80 VI AUTH: 035994 $184.00

| | Base Fare | Fees Taxes | Total |
|---|---|---|---|
| | 630.70 | 69.10 | 699.80 |
| FUQUA/SCOTT $184.00 | 630.70 | 69.10 | 699.80 |

| Estimated Earn Points |
|---|
| 5663 |

Rapid Rewards points earned are only estimates.
Visit Southwest.com for the most accurate totals including A-List & A-List Preferred Member bonus points.

---

SCOTT - BRKFST
NYC SEGAL

**0138**
Server: ANA L (#221)          Rec: 11
07/16/13 09:46, Swiped   T:  7 Term: 3

Lindy's
401 7th Ave
New York, NY 10001
(212)630-0325
MERCHANT #:

| CARD TYPE | ACCOUNT NUMBER |
|---|---|
| VISA | XXXXXXXXXXXXX8397 |

Name: SCOTT R FUQUA
OO TRANSACTION APPROVED
AUTHORIZATION #: 045605
Reference: 0716010000138
TRANS TYPE: Credit Card SALE

CHECK:                    17.40

TIP:                     3  00

TOTAL:                  20 . 40

X _____

\*\*\*Duplicate Copy\*\*\*

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> customer

---

DINNER - NYC SEGAL

BLARNEY ROCK PUB
137 W 33RD ST
NEW YORK, NY 10001
20:53:39

Merchant ID: 0315/2013
Terminal ID: 342293648897

CREDIT CARD
VISA SALE

XXXXXXXXXXXX8397
INVOICE 1500003
Auth F: 0001
Personal Code 045605
Swiped
Online                $28.25

TIP: 5.00

TOTAL AMOUNT  35.25

---

VALET PARKING
YARD PARKING

$ 0.00
You
is Due          $ 0.00
Val No.: 005245
Serice No.: 0000000000000134
XXXXXXXXX8397
$ 30.00-
Fee          $ 0.00
IY4          $ 30.00
21705
13 11:53 In  LM14 AM 74  1xnM 4370
13 17:59  3870
R SERVICE # 773 838 0743
BLUE(RED)
TO CHICAGO MIDWAY AIRPORT

# ContainCare

**WEEKLY EXPENSE REPORT**

**EMPLOYEE NAME:**  Scott Fuqua

**WEEK ENDING DATE:**  August 3rd

| DAY | Sun | Mon | Tues | Wed | Thurs | Fri | Sat | |
|---|---|---|---|---|---|---|---|---|
| DATE | 07/28/13 | 07/29/13 | 07/30/13 | 07/31/13 | 08/01/13 | 08/02/13 | 08/03/13 | |
| AIRFARE | | | | | | | | 0.00 |
| CAR RENTAL | | | | | | | | 0.00 |
| HOTEL ($125 Cap) | | | | | | | | 0.00 |
| TOLLS & PARKING | | | | | | | | 0.00 |
| LOCAL TRANSPORTATION | | | | 11.50 | | | | 11.50 |
| MILES | | | | | | 25.00 | | 25.00 |
| Mileage (up to $800.00 Monthly) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.75 | 0.00 | 12.75 |
| GAS | | | | | | | | 0.00 |
| TRANS. & LODGING SUBTOTAL | 0.00 | 0.00 | 0.00 | 11.50 | 0.00 | 12.75 | 0.00 | 24.25 |
| TELEPHONE | | | | | | | | 0.00 |
| CELL PHONE ($75 Cap) | | | | | | | | 0.00 |
| INTERNET CHARGES ($25 Cap) | | | | | | | | 0.00 |
| TELEPHONE SUBTOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BREAKFAST ($15 Cap) | | | | | | | | 0.00 |
| LUNCH ($20 Cap) | | | | | | | | 0.00 |
| DINNER ($25 Cap) | | | | | | | | 0.00 |
| MEALS SUBTOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BUSINESS MEALS | | | | | | | | 0.00 |
| ENTERTAINMENT | | | | | | | | 0.00 |
| GIFTS | | | | | | | | 0.00 |
| BUS MEALS & ENT. SUBTOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE/PRINTING SUPPLIES | | | | | | | | 0.00 |
| OFFICE EQUIPMENT (Pre-approval required) | | | | | | | | 0.00 |
| POSTAGE | | | | | | | | 0.00 |
| OTHER | | | | | | | | 0.00 |
| OFFICE/MISC SUBTOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 0.00 | 0.00 | 11.50 | 0.00 | 12.75 | 0.00 | 24.25 |

**TOTAL DUE TO EMPLOYEE:**  24.25

I certify that the above information is complete and true and in compliance with Company policy.

8/5/13

Employee Signature                              Date

Approved By                                          Date

Approved By                                          Date

exp_form

## II. CITIES VISITED

| DATE | CITY |
|---|---|
| 7/31/2013 | Creditors Meeting |
| 8/2/2013 | meeting with Buck Consult |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## III. EXPLANATION OF MEALS & ENTERTAINMENT EXPENSES

| DATE | PLACE | Purpose | PERSONS ATTENDING | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## IV. EXPLANATION OF OTHER EXPENSES
## (Under misc. on expense report)

**V. For Accounting Purpose Only**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/31/2013 | Train to/from city | $11.50 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |





AUG-5-2013  10:11  FROM:RICHARD JONES  9512233122  TO:17085358058  P.1/6

## Team Nuclear, LLC

DIATRI
MDM. AAS. DPN.

### WEEKLY EXPENSE REPORT

**EMPLOYEE NAME:** Richard Jones

**WEEK ENDING DATE:** August 3, 2013

| DAY | Sun | Mon | Tues | Wed | Thurs | Fri | Sat | |
| DATE | 07/28/13 | 07/29/13 | 07/30/13 | 07/31/13 | 08/01/13 | 08/02/13 | 08/03/13 | |
|---|---|---|---|---|---|---|---|---|
| AIRFARE | | | | | | | | 0.00 |
| CAR RENTAL | | | | | | | | 0.00 |
| HOTEL $125.00~pretax preferred | | | | | | | | 0.00 |
| TOLLS & PARKING | | | | 10.00 | 10.00 | | | 20.00 |
| LOCAL TRANSPORTATION | | | | | | | | 0.00 |
| MILES | | | | 343.60 | 64.00 | 398.70 | | |
| MILEAGE ($.30per mile) | 0.00 | 0.00 | 0.00 | 103.08 | 19.20 | 119.61 | 0.00 | 241.89 |
| GAS (For Rentals & Co, Cars ONLY) | | | | | | | | 0.00 |
| CAR EXPENSE (For Co. Cars ONLY) | | | | | | | | 0.00 |
| TRANS. & LODGING SUBTOTAL | 0.00 | 0.00 | 0.00 | 113.08 | 29.20 | 119.61 | 0.00 | 261.89 |
| TELEPHONE | | | | | | | | 0.00 |
| CELL PHONE ($75 Cap) | | | | | | | | 0.00 |
| INTERNET CHARGES ($25 Cap) | | | | | | | | 0.00 |
| TELEPHONE SUBTOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BREAKFAST ($8.33 Cap) | | | | | | | | 0.00 |
| LUNCH ($8.33Cap) | | | | | | 20.00 | | 20.00 |
| DINNER ($8.33Cap) | | | | 15.86 | 25.00 | 5.00 | | 45.86 |
| DAILY ALLOWANCE $25.00 | | | | | | | | |
| MEALS SUBTOTAL | 0.00 | 0.00 | 0.00 | 15.86 | 25.00 | 25.00 | 0.00 | 65.86 |
| BUSINESS MEALS | | | | | 45.71 | 6.92 | | 52.63 |
| ENTERTAINMENT | | | | | | | | 0.00 |
| GIFTS | | | | | | | | 0.00 |
| MEALS & ENT. SUBTOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 45.71 | 6.92 | 0.00 | 52.63 |
| OFFICE/PRINTING SUPPLIES | | | | | | | | 0.00 |
| OFFICE EQUIPMENT (Pre-approval required) | | | | | | | | 0.00 |
| POSTAGE | | | | | | | | 0.00 |
| OTHER | | | | | | | | 0.00 |
| MISC SUBTOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 0.00 | 0.00 | 128.94 | 99.91 | 151.53 | 0.00 | 380.38 |

**TOTAL DUE TO EMPLOYEE:** 380.38

I certify that the above information is complete and true and in compliance with Company policy.

_Richard Jones_   8/05/13

Employee Signature                    Date

Approved By                    Date

Approved By                    Date

RICK JONES EXPENSE REPORT

AUG-5-2013 10:11 FROM:RICHARD JONES 9512233122 TO:17085358058 P.2/6

## II. CITIES VISITED

| DATE | CITY |
|------|------|
| 7/31/2013 | Phoenix, AZ |
| 8/1/2013 | Scottsdale, AZ; Phoenix, AZ |
| 8/2/2013 | Mesa, AZ; Scottsdale, AZ; Phoenix, AZ |

## III. COMPANY CAR: MILEAGE BREAKDOWN

COMPANY CAR #:

| | |
|---|---|
| 2 - START | |
| 3 - TOTAL (1 LESS 2) | 0 |

MILER DRIVEN THIS PERIOD

| PERSONAL | BUSINESS |
|----------|----------|

## IV. EXPLANATION OF MEALS & ENTERTAINMENT EXPENSES

| DATE | PLACE | DESCRIPTION | PERSONS ATTENDING | AMOUNT |
|------|-------|-------------|-------------------|--------|
| 8/1/2013 | Chelsea's Kitchen, Phoenix, AZ | Lunch | Michael Ward, Emerging Ben. | $45.71 |
| 8/2/2013 | Starbucks, Mesa, AZ | Meeting | Charles Carlson, Ben. Intat. | $8.92 |

## V. EXPLANATION OF OTHER EXPENSES
(Under misc. on expense report)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 7/31/2013 | Bath. | $10.00 |
| 8/1/2013 | | $11.00 |
| | Hotel parking was $10/night. It is listed on the hotel bill. | |
| | Park | |
| | | |
| | Total | |

## VI. FOR ACCOUNTING USE ONLY

| | | |
|---|---|---|

AUG-5-2013  10:11  FROM:RICHARD JONES        9512233122        TO:17085358058        P.3/6

*7/01/13 DINNER (D)*

**Talking Stick Resort**
7/31/2013                          20:00
========================================
Poker Room
Check: 2323795        Table: A
Server: Angela
Terminal: 232
========================================
Regular Check
1 Tuna Salad Plate          6.62
1 Side Scoop Tuna           3.97
30% Poker Discou           -3.18

Gross Sales                10.59
Discount                   -3.18
Subtotal                    7.41
Tax                         0.59
Total                       8.00
         *Tip   $3.00*

Thank You and Good Luck!

*Total $11.00*

---

*7/18/13 DINNER (2)*

**Talking Stick Resort**
7/31/2013                          19:11
========================================
Black Fig Bistro
Check: 2224731
Server: Michelle
Terminal: 222
========================================
Regular Check
1 Fresh Fruit Bowl          4.50

Subtotal                    4.50
Tax                         0.36
Total                       4.86

Cash                        5.00
Change                      0.14

GRAND TOTAL                 4.86
========================================
T222 C9444 7/31/2013 19:11
========================================

---

*Emerging Benefits Consultants*
*Phoenix, AZ  8/01/13*
**Chelsea's Kitchen**

Server: AM BAR 111              08 01/2013
B1B2/1                         12:49 PM
Guests: 2                      40016

Arnold Palmer (2 @3.00)         6.00
Veggie Tacos                   14.00
DEL MAR                        15.00

Subtotal                       35.00

Sales Tax Tax                    .91

Total Tax                        )1

Total                          C7 41

**Balance Due        37.91**

---

*Lunch w/ Michael Ward*
*Emerging Benefits Consultants*
*Phoenix, AZ*
**Chelsea's Kitchen**

Server: AM BAR 111      DOB: 08/01/2013
01:01 PM                      08/01/2013
B1B2/1                        4/40016

                SALE

                              4194310
Visa
Card #XXXXXXXXXXXX9107
Magnetic card present: JONES II RICHARD A
Card Entry Method: S

Approval: 001490

                Amount:      $ 37.91
                              7.50
                + Tip:    *45*

                Total:

I agree to pay the above
total amount according to the
card issuer agreement.

X_____

8/01/13 DINNER

8/01/13 DINNER

---

HILLSTONE
(602)957-9700

Server: AL 1075          DOB: 08/01/2013
09:12 PM                      08/01/2013
203/1                          4/40144

SALE

VISA                              4194361
Card #XXXXXXXXXXXXX9107

Magnetic card present: JONES II  RICHARD A
Card Entry Method:  S

Approval: 001307

                    Amount:        $ 22.74

            + Gratuity: _____ 2.26

            Quick Guide on Total
               15% = 3.41
               18% = 4.09
               20% = 4.55

                        = Total: 25.00

      I agree to pay the above
      total amount according to the
      card issuer agreement.

X _____

      PLEASE LEAVE SIGNED COPY

---

HILLSTONE
(602)957-9700

Server: AL 1075                08/01/2013
203/1                           9:10 PM
Guests: 1                        40144
Reprint #: 1

CHEESEBURGER                     16.00
COLESLAW                          5.00

Subtotal                         21.00
Tax                               1.74

Total                            22.74

Balance Due        22.74

      Quick Guide on Total
         15% = 3.41
         18% = 4.09
         20% = 4.55

   TOTAL        $25.00

      AMANDA MURGAS
      GENERAL MANAGER

AUG-5-2013  10:12  FROM:RICHARD JONES  9512233AE  TO:17085358058  P.5/6

Meeting w/ Charles Carlson
Benefits Intelligence, Mesa, AZ

STARBUCKS Store #13484
1705 S. Greenfield Road #10
Mesa, AZ (480) 892-2497

- - - - - - - - - - - - - - - - - - - - - -

CHK 660385
08/02/2013 09:03 AM
1870414   Drawer: 2 Reg: 2

- - - - - - - - - - - - - - - - - - - - - -

Tr Icd Cof W/Milk       3.45
Summ Berry Croisnt      2.95
Visa                    6.92
XXXXXXXXXXXX9107

Subtotal              $6.40
Tax 8.05% - Food & Bev $0.52
Total                 $6.92
Change Due            $0.00

- - - - - - - Check Closed - - - - - - -
08/02/2013 09:03 AM

Prepaid card x9107 balance: 0.00

TREAT RECEIPT IS BACK
Make a purchase before 2 p.m.
then show your receipt after
2 p.m. the same day to get any
cold grande drink for $2 +tax.
Select US stores only.

2/02/13

CHURCHS CHICKEN
STORE # 10181
832 EAST RAMSEY ST.
BANNING, CA 82220
PH (951)849-8410
14PC DARK $12.99 EVERYDAY

#0255
1 9PC CMB OR MX        OUT
  W/BISC               8.99
  FF
  SM SODA
2 WING
1 VALUE 2BISCUITS      3.78
                       1.59

- - - - - - - - - - - - - - - - - -

SUBTOTAL
TAXABLE       12.36    12.36

- - - - - - - - - - - - - - - - - -

TAX TOTL        .99
TOTAL          13.35
                      13.35
CREDIT C
THANK YOU,
COME BACK SOON .

TOTAL  $5.00

JEN.A   CSHR
0107 19:03 AUG 02'13       W/S#02 P1


8/02/13  LUNCH

THE ORIGINAL PANCAKE HOUSE
6840 E. CAMELBACK ROAD
SCOTTSDALE, ARIZONA
(480) 946-4902
DATE       06/02/2013        FRI
CHECK  #                      #59
TABLE  #                      #4
  BTTRMLK PANCAKES 11       $6.75
  CRTSPY BACON 11           $4.25
  PATTY 11                  $4.25

  TAX1 AMT                  $1.36
  TOTAL                    $16.61
  CASH                     $20.00
  CHANGE                    $3.39
NO.458243 REG 02 1     TIME 11:90

Tip      $3.39
Total   $20.00

*HOTEL & PARKING 7/31/13 ~ 8/02/13*

**E**

EMBASSY SUITES
HOTELS®

2630 E. Camelback Road • Phoenix, AZ 85016
Phone (602) 955-3992 • Fax (602) 955-6479
For reservations across the nation
www.embassysuites.com or 1-800-EMBASSY®

| Name & Address |
|---|

JONES, RICK
29482 COTTAGE COURT
MENIFEE, CA 92584
US

Suite                528/KNGN
Arrival Date         7/31/2013   5.11:00PM
Departure Date       8/2/2013

Adult/Child          1/0
Room Rate            $103 55

RATE PLAN            S-AAA
HH# 595043911 SILVER
AL
BONUS AL,            CAR

Confirmation: 80869620

8/2/2013    PAGE    1

| DATE | REFERENCE | ------ DESCRIPTION ------ | AMOUNT |
|---|---|---|---|
| 7/31/2013 | 3012548 | GUEST PARKING | $9 75 |
| 7/31/2013 | 3012548 | TAXES | $0.25 |
| 7/31/2013 | 3012549 | GUEST ROOM | $103.55 |
| 7/31/2013 | 3012549 | STATE TAX | $7.63 |
| 7/31/2013 | 3012549 | CITY TAX | $5.18 |
| 8/1/2013 | 3012900 | GUEST PARKING | $9.75 |
| 8/1/2013 | 3012900 | TAXES | $0.25 |
| 8/1/2013 | 3012901 | GUEST ROOM | $103.55 |
| 8/1/2013 | 3012901 | STATE TAX | $7.63 |
| 8/1/2013 | 3012901 | CITY TAX | $5.18 |

*→ 7/31/13 Parking*

*→ 8/01/13 Parking*

WILL BE SETTLED TO VS *9107
EFFECTIVE BALANCE OF          $252 52
                             $0.00

*Parking $20*
*Hotel $232.52*

ESTIMATED CURRENCY TOTAL

You have earned approximately 2606 Hilton HHonors points for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. T
check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHono

Thank you for staying with us. Visit embassysuites.com for more information on hotel packages, subscribe to our E-nnouncements newsletter,
or plan your next stay at close to 200 destinations.

## EXPRESS CHECK-OUT

Good Morning !  We hope you enjoyed your stay. With Express Check-Out
there is no need to stop at the Front Desk to check out.
• Please review this statement. It is a record of your charges as of late last
   evening.
• For any charges after your account was prepared, you may:
   − pay at the time of purchase.
   − charge purchases to your account, then stop by the Front Desk for an
     updated statement.
   − or request an updated statement be mailed to you within two business days.
Simply call the Front Desk from your room and tell us when you are ready to
depart.  Your account will be automatically checked out and you may use this
statement as your receipt.  Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any*
*questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO |
|---|---|
| | 521503   A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC | |
| TOTAL AMOUNT | 0.00 |

PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.

T
H
A
N
K

Y
O
U

JUL-29-2013 08:06  FROM:RICHARD JONES        9512233122        TO:17085358058        P.1/3



# Team Nuclear, LLC

### WEEKLY EXPENSE REPORT

**EMPLOYEE NAME:**    Richard Jones

**WEEK ENDING DATE:**           July 27, 2013

| DAY | Sun | Mon | Tues | Wed | Thurs | Fri | Sat | |
|---|---|---|---|---|---|---|---|---|
| DATE | 07/21/13 | 07/22/13 | 07/23/13 | 07/24/13 | 07/25/13 | 07/26/13 | 07/27/13 | |
| AIRFARE | | | | | | | | 0.00 |
| CAR RENTAL | | | | | | | | 0.00 |
| HOTELS $125.00~pretax preferred | | | | | | | | 0.00 |
| TOLLS & PARKING | | | | | | | | 0.00 |
| LOCAL TRANSPORTATION | | | | | | | | 0.00 |
| MILES | | | | | | | | |
| MILEAGE ($.30per mile) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GAS                (For Rentals & Co. Cars ONLY) | | | | | | | | 0.00 |
| CAR EXPENSE (For Co. Cars ONLY) | | | | | | | | 0.00 |
| TRANS. & LODGING SUBTOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TELEPHONE | | | | | | | | 0.00 |
| CELL PHONE ($75 Cap) | | | | | 75.00 | | | 75.00 |
| INTERNET CHARGES ($25 Cap) | | | | | 25.00 | | | 25.00 |
| TELEPHONE SUBTOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 100.00 |
| BREAKFAST ($8.33 Cap) | | | | | | | | 0.00 |
| LUNCH ($8.33Cap) | | | | | | | | 0.00 |
| DINNER ($8.33Cap) | | | | | | | | 0.00 |
| DAILY ALLOWANCE $25.00 | | | | | | | | |
| MEALS SUBTOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BUSINESS MEALS | | | | | | | | 0.00 |
| ENTERTAINMENT | | | | | | | | 0.00 |
| GIFTS | | | | | | | | 0.00 |
| MEALS & ENT. SUBTOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE/PRINTING SUPPLIES | | | | | | | | 0.00 |
| OFFICE EQUIPMENT (Pre-approval required) | | | | | | | | 0.00 |
| POSTAGE | | | | | | | | 0.00 |
| OTHER | | | | | | | | 0.00 |
| MISC SUBTOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 100.00 |

**TOTAL DUE TO EMPLOYEE:**    100.00

I certify that the above information is complete and true and in compliance with Company policy.

_____        7/29/13
Employee Signature                Date

_____        _____
Approved By                      Date

_____        _____
Approved By                      Date

RICK JONES EXPENSE REPORT

JUL-29-2013 08:07   FROM:RICHARD JONES   8684223958   TO:17085350058            P.2/3



JUL-29-2013 08:07  FROM:RICHARD JONES     TO:17085358058     P.3/3

 **verizon**wireless

PO BOX 4005
ACWORTH, GA 30101-9006

| Manage Your Account & View Your Usage Details | Account Number | Date Due |
|---|---|---|
| My Verizon at www.verizonwireless.com | | Past Due |
| Address Changed? ~ go to vzw.com/changeaddress | Invoice Number | 1204806499 |

10030924 01 AV 0.357 **AUTO  T4 1 4907 62584-732682 1 9  E SNCA0701

RICHARD JONES
29482 COTTAGE CT
MENIFEE, CA 92584-7326

*Cell phone: $75 cap*
*Internet: $25 cap*

### Quick Bill Summary

Jun 08 – Jul 07

| | |
|---|---|
| Previous Balance (see back for details) | $128.28 |
| No Payment Received | $.00 |
| **Balance Forward Due Immediately** | **$128.28** |
| | |
| Account Charges and Credits | |
| Includes Late Fee of $5.00 | $5.00 |
| Monthly Charges | $120.00 |
| Verizon Wireless' Surcharges and Other Charges & Credits | $2.38 |
| Taxes, Governmental Surcharges & Fees | $.88 |
| **Total Current Charges Due by August 02, 2013** | **$128.26** |

### Simplify Life

Easily manage your account...
Verizon, Pay your bill, check...
change your calling plan, add...
and much more! Go...
www.vzw.com/myverizon for...
get started today.

RICHARD A. JONES II
29482 COTTAGE CT
MENIFEE, CA 92584-7326

90-7162  41304                                171
3222

DATE  7/25/13

PAY TO THE ORDER OF  *Verizon Wireless*  $ 128.26

*One Hundred Twenty Eight 26/100* DOLLARS

CHASE ⬤
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  951 490 2577

⑈322271627⑈

Pay from Wireless

#PMT (#769)                My Ve...      ...rizonwireless.com          1.800.922.0204 or *611 from your wireless

---

**verizon**wireless

RICHARD JONES
29482 COTTAGE CT
MENIFEE, CA 92584-7326

Bill Date         July 07, 2013
Account Number
Invoice Number    1204806499

VW

### Total Amount Due

Make check payable to Verizon Wireless.
Please return this remit slip with payment.

**$256.54**

$ ☐ 1 2 8 . 2 6 ☐

PO BOX 660108
DALLAS, TX 75266-0108

☐ Check here and fill out the back of this slip if your billing address
has changed or you are adding or changing your email address.

1204806499010772281530000100001282600002565541

JUL-8-2013  14:58  FROM:RICHARD JONES  8012233128  TO:17085358058    P.1/3

# Team Nuclear, LLC

**DIATRL**

MDM.  AAS.  DPN.

## WEEKLY EXPENSE REPORT

**EMPLOYEE NAME:** Richard Jones

**WEEK ENDING DATE:** July 6, 2013

| DAY | Sun | Mon | Tues | Wed | Thurs | Fri | Sat | |
|---|---|---|---|---|---|---|---|---|
| DATE | 06/30/13 | 07/01/13 | 07/02/13 | 07/03/13 | 07/04/13 | 07/05/13 | 07/06/13 | |
| AIRFARE | | | | | | | | 0.00 |
| CAR RENTAL | | | | | | | | 0.00 |
| HOTEL $125.00~pretax preferred | | | | | | | | 0.00 |
| TOLLS & PARKING | | | | | | | | 0.00 |
| LOCAL TRANSPORTATION | | | | | | | | 0.00 |
| MILES | | | | | | | | |
| MILEAGE ($.30per mile) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GAS              (For Rentals & Co. Cars ONLY) | | | | | | | | 0.00 |
| CAR EXPENSE (For Co. Cars ONLY) | | | | | | | | 0.00 |
| TRANS. & LODGING SUBTOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TELEPHONE | | | | | | | | 0.00 |
| CELL PHONE ($75 Cap) | | | | 75.00 | | | | 75.00 |
| INTERNET CHARGES ($25 Cap) | | | | 25.00 | | | | 25.00 |
| TELEPHONE SUBTOTAL | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| BREAKFAST ($8.33 Cap) | | | | | | | | 0.00 |
| LUNCH ($8.33Cap) | | | | | | | | 0.00 |
| DINNER ($8.33Cap) | | | | | | | | 0.00 |
| DAILY ALLOWANCE $25.00 | | | | | | | | |
| MEALS SUBTOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BUSINESS MEALS | | | | | | | | 0.00 |
| ENTERTAINMENT | | | | | | | | 0.00 |
| GIFTS | | | | | | | | 0.00 |
| MEALS & ENT. SUBTOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE/PRINTING SUPPLIES | | | | | | | | 0.00 |
| OFFICE EQUIPMENT (Pre-approval required) | | | | | | | | 0.00 |
| POSTAGE | | | | | | | | 0.00 |
| OTHER | | | | | | | | 0.00 |
| MISC SUBTOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 100.00 |

**TOTAL DUE TO EMPLOYEE:** 100.00

I certify that the above information is complete and true and in compliance with Company policy.

Employee Signature          Date  7/8/13

Approved By          Date

Approved By          Date

RICK JONES EXPENSE REPORT

JUL-8-2013  14:58  FROM:RICHARD JONES  2232023  TO:17085358058          P.2/3



JUL-8-2013   14:59   FROM:RICHARD JONES   9512233129   TO:17085358058   P.3/3

**verizon**wireless

PO BOX 4005
ACWORTH, GA 30101-9008

| Manage Your Account & View Your Usage Details | Account Number | Date Due |
|---|---|---|
| My Verizon at www.verizonwireless.com | | 07/02/13 |
| Address Changed? — go to vzw.com/changeaddress | Invoice Number | 1196312058 |

60001173 01 AT 0.981 **AUTO T9 0 4207 92584-732652 1   E 6NCA0701

RICHARD JONES
29482 COTTAGE CT
MENIFEE, CA 92584-7326

*[handwritten]* Cell Phone $75.00 (cap)
Internet $25.00 (cap)

## Quick Bill Summary                    May 08 — Jun 07

| | |
|---|---|
| Previous Balance (see back for details) | $123.28 |
| Payment — Thank You | −$123.28 |
| Balance Forward | $.00 |
| **Account Charges and Credits** | |
| Includes Late Fee of $5.00 | $5.00 |
| Monthly Charges | $120.00 |
| Verizon Wireless' Surcharges and Other Charges & Credits | $2.39 |
| Taxes, Governmental Surcharges & Fees | $.89 |
| **Total Current Charges** | **$128.28** |

### Verizon Wireless News
**Simplify Life**
Easily manage your account at
Verizon. Pay your bill, check
change your calling plan, add
and much more! Go to
www.vzw.com/myverizon for d
get started today.

*[handwritten check]*

RICHARD A. JONES II                    167
29482 COTTAGE CT
MENIFEE, CA  92584-7326        90-7182   41304
                               3222
                               DATE 7/03/13

PAY TO THE ORDER OF  Verizon Wireless        $ 126.20
One Hundred Twenty Eight 9 20/100  DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  951 490 2877

⑆322271627⑆

| Pay from Wireless | Pay on |
|---|---|
| @PMT (#768) | My Ver |

1.800.922.0204 or 611 from your wireless

VW

**verizon**wireless

RICHARD JONES
29482 COTTAGE CT
MENIFEE, CA 92584-7326

| | |
|---|---|
| Bill Date | June 07, 2013 |
| Account Number | |
| Invoice Number | 1196312058 |

### Total Amount Due by July 02, 2013

Make check payable to Verizon Wireless.
Please return this remit slip with payment.

**$128.28**

$ ☐1☐2☐6☐ . ☐2☐0☐

PO BOX 660108
DALLAS, TX 75266-0108

☐ Check here and fill out the back of this slip if your billing address
has changed or you are adding or changing your email address.

1196312058010772328159300001000012828000012828 1