IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Date of Conversion: 8/5/2013 |
| CORNHUSKER RBM, LLC, *et al.*, | ) | |
| | ) | Case No. 13-26443 |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Jack B. Schmetterer |

**DEBTORS' AMENDED FINAL REPORT AND ACCOUNT**
**AND SCHEDULE OF POSTPETITION DEBTS**

Dated: September 13, 2013           Respectfully submitted,

CORNHUSKER RBM, LLC; DIATRI, LLC;
MIDWEST DIAGNOSTIC MANAGEMENT,
LLC; ADVANCED ANCILLARY SERVICES,
LLC; AND DIAGNOSTIC P.E.T.
NETWORK, LLC

By: /s/ Carolina Y. Sales
One of Their Attorneys

Paul M. Bauch (ARDC #6196619)
Carolina Y. Sales (ARDC #6287277)
BAUCH & MICHAELS, LLC
53 W. Jackson Boulevard, Suite 1115
Chicago, Illinois 60604
Tel: (312) 588-5000
Fax: (312) 427-5709

SCHEDULE I – DISPOSITION OF ASSETS

| Asset Description (Scheduled and Unscheduled Property) | Petition/ Unscheduled Value | State and Location of Property (Including Information on Disposal, if Property is Currently Not Property of the Estate) |
|---|---|---|
| Bridgeview Bank Account | $0.00 | frozen pursuant to third party citation |
| DIP Accounts | $67,994.18 | closed 08/16/2013; remaining amount ($67,994.18) sent to trustee |
| Advanced Ancillary accounts receivable | $106,607.93 | some collected during bankruptcy; remainder delivered to trustee 08/05/2013 |
| Cornhusker accounts receivable | $6,061.05 | some collected during bankruptcy; remainder delivered to trustee 08/05/2013 |
| Cornhusker accounts receivable – Cornhusker Capital; Reginald McGaugh | $54,232.47 | delivered to trustee 08/05/2013 |
| Diagnostic P.E.T. accounts receivable | $375,931.44 | some collected during bankruptcy; remainder delivered to trustee 08/05/2013 |
| Un-deposited Checks | Undetermined | Delivered to trustee 8/05/2013. Estimated at approximately $20,000. Trustee removed checks from the office before any could be accounted for or documented. |
| Diagnostic P.E.T. prepaid expenses - contracts | $1,249.97 | delivered to trustee 08/05/2013 |
| Diagnostic P.E.T. prepaid expenses - insurance | $15,195.84 | delivered to trustee 08/05/2013 |
| Advanced Ancillary shareholder loan | $30,785.42 | delivered to trustee 08/05/2013 |
| Customer/patient lists and patient information | Undetermined | delivered to trustee 08/05/2013 |
| Furniture & fixtures | Undetermined | delivered to trustee 08/05/2013 |
| Equipment | Undetermined | delivered to trustee 08/05/2013 |
| Membership interests in co-debtors | Undetermined | delivered to trustee 08/05/2013 |
| Inter-company receivables | Undetermined | delivered to trustee 08/05/2013 |
| Midwest Diagnostic security deposit | $18,884.31 | in possession of landlord |

| Asset Description (Scheduled and Unscheduled Property) | Petition/ Unscheduled Value | State and Location of Property (Including Information on Disposal, if Property is Currently Not Property of the Estate) |
|---|---|---|
| Midwest Diagnostic accounts receivable | $489,613.85 | some collected during bankruptcy; remainder delivered to trustee 08/05/2013 |
| Midwest Diagnostic shareholder loan | $78,118.15 | delivered to trustee 08/05/2013 |
| Midwest Diagnostic software | $209,213.69 | delivered to trustee 08/05/2013 |
| Midwest Diagnostic leasehold improvement | $9,995.55 | delivered to trustee 08/05/2013 |
| telephone number | Undetermined | delivered to trustee 08/05/2013 |
| facsimile number | Undetermined | delivered to trustee 08/05/2013 |
| contracts with providers | Undetermined | delivered to trustee 08/05/2013 |
| interests in insurance policies | Undetermined | delivered to trustee 08/05/2013 |

## SCHEDULE II – POST-PETITION CREDITORS

| Name and Address | Type (Administrative, Superpriority, etc.) | Amount Due |
|---|---|---|
| The Garden City Group, Inc. 1985 Marcus Ave., Suite 200 Lake Success, NY 11042 | Administrative | $60,186.00 |

3

| Name and Address | Type (Administrative, Superpriority, etc.) | Amount Due |
|---|---|---|
| United States Trustee<br>U.S. Trustee Payment Center<br>P.O. Box 70937<br>Charlotte, NC 28272-0937<br>(quarterly fees, 2nd Qtr.) | Administrative | $0.00 |
| Raymond McGaugh | Administrative | $29,994.00 |
| United States Trustee<br>U.S. Trustee Payment Center<br>P.O. Box 70937<br>Charlotte, NC 28272-0937<br>(quarterly fees, 3rd Qtr.) | Administrative | $1,625.00 |
| Ruth Baugh<br>8734 Prairietown Road<br>Dorsey, IL  62021 | Administrative - Payroll | 2657.40 |
| Biniewicz, Amy M.<br>4818 W 122Nd St Iw<br>Alsip, IL  60803 | Administrative - Payroll | 2596.16 |
| Carabott, Laura A<br>19937 Newton Way<br>Mokena, IL  60448 | Administrative - Payroll | 2302.80 |
| Carusi, Melissa L.<br>309 Whittier Avenue Apt. 1<br>Joliet, IL  60435 | Administrative - Payroll | 1741.20 |
| Chandamany, Chanthasith<br>1806 Northshire Dr.<br>Plainfield, IL  60586 | Administrative - Payroll | 3173.07 |
| Doody, Laura J.<br>1380 O'Connell Circle<br>New Lenox, IL  60451 | Administrative - Payroll | 1921.50 |
| Fuqua, Scott R.<br>22307 Jeanette Court<br>Frankfort, IL  60423 | Administrative - Payroll | 6923.07 |

4

| Name and Address | Type (Administrative, Superpriority, etc.) | Amount Due |
|---|---|---|
| Janus, Mary L.<br>930 Charles Street<br>Crete, IL 60417 | Administrative - Payroll | 3750.00 |
| Johnson, Keli M.<br>4140 W. Pauling Road<br>Monee, IL 60449 | Administrative - Payroll | 2064.00 |
| Jones III, Richard A.<br>29482 Cottage Court<br>Menifee, CA 92584 | Administrative - Payroll | 3461.53 |
| Jones, Angela T.<br>17396 69Th Avenue Apt 2A<br>Tinley Park, IL 60477 | Administrative - Payroll | 1870.80 |
| Morrall, Jill M.<br>490 Halfway Road<br>Bourbonnais, IL 60914 | Administrative - Payroll | 2740.08 |
| Parrish, Jenee A<br>7 Mcdonald Lane<br>Frankfort, IL 60423 | Administrative - Payroll | 1935.60 |
| Sealy, Barbara A.<br>8432 Meadows Edge Trail<br>Tinley Park, IL 60487 | Administrative - Payroll | 4788.46 |
| Serafin, Sherri L.<br>5220 W 139th St<br>Crestwood, IL 60445 | Administrative - Payroll | 3461.53 |
| Southern, Kristy R.<br>8474 S Bishop<br>Chicago, IL 60620 | Administrative - Payroll | 1902.00 |
| Stevenson, Darlene L.<br>34 S Arbor Trail<br>Park Forest, IL 60466 | Administrative - Payroll | 2028.53 |

5

| Name and Address | Type (Administrative, Superpriority, etc.) | Amount Due |
|---|---|---|
| Wesoloski, Carla L.<br>102 Peach St<br>Park Forest, IL 60466 | Administrative - Payroll | 2013.60 |
| Fuqua, Scott R.<br>22307 Jeanette Court<br>Frankfort, IL 60423 | Administrative – unpaid employee reimbursed business expenses | 1624.04 |
| Jones III, Richard A.<br>29482 Cottage Court<br>Menifee, CA 92584 | Administrative – unpaid employee reimbursed business expenses | 580.38 |
| Sealy, Barbara A.<br>8432 Meadows Edge Trail<br>Tinley Park, IL 60487 | Administrative – unpaid employee reimbursed business expenses | 389.76 |
| | *Total* | $145,730.51 |

## SCHEDULE III – POST-PETITION PAYMENTS TO PROFESSIONALS

| Name and Address of Professional | Amount Paid Post-Petition | Retainer |
|---|---|---|
| *Total* | $ 0.00 | $ 0.00 |

## SCHEDULE IV – POST-PETITION RECEIPTS & DISBURSEMENTS

| Month | Receipts | Disbursements |
|---|---|---|
| June 2013 | $27,792.55 | $0.00 |
| July 2013 | $141,060.20 | $148,921.00 |
| August 2013 | $23,689.48 | $8,050.60 |
| *Total* | **$192,551.23** | **$ 156,971.60** |

I, Scott Fuqua, President of Sales, declare under penalty of perjury that I have fully read and understood the foregoing Final Report and Account and that the information contained herein is true and complete to the best of my knowledge.

Date: _9-1-13_                               _____
                                             Principal for Debtors-In-Possession

7