## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) Case No. 13-26443 |
| CORNHUSKER RBM, LLC, *et al.*,[1] | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Honorable Jack B. Schmetterer |
| | ) |

### FINAL REPORT OF SALE

Joji Takada (the "Trustee"), not individually, but as Chapter 7 Trustee of the bankruptcy estate of CORNHUSKER RBM, LLC, *et al.* (the "Debtor"), by his attorneys, FrankGecker LLP, respectfully presents this report of sale (the "Report") pursuant to Federal Rule of Bankruptcy Procedure 6004 (the "Bankruptcy Rules"), by Donald Dodge and Thomas K. Mowery of American Auction Associates, Inc. (collectively, "Auctioneer") as her auctioneer and states as follows:

1. Pursuant to Court Order dated October 28, 2013 (the "Sale Order"), Trustee was authorized to employ Auctioneer as his auctioneer to liquidate the Debtor's inventory, equipment or other items of value ("Sale Items"). See **Group Exhibit A**.

2. The Sale Items were sold as one lot at the auction held on January 15, 2014.

3. During this period, the gross sales were $46,277.50 (the "Sale Proceeds").

4. Auctioneer received a buyer's commission not paid from the Debtor's estate of 10% of the sale price of the Sale Items, or $4,627.75.

5. Pursuant to the Sale Order and the Court Order dated March 13, 2014 [Docket No. 189] ("Additional Expenses Order"), the Auctioneer was authorized reimbursement of his expenses and costs of the auction up to $6,715.49. See **Group Exhibit A**.

---

[1] The affiliated debtors in these Chapter 7 cases are: DIATRI, LLC, Case No. 13-26447; Midwest Diagnostic Management LLC, Case No. 13-26450; Advanced Ancillary Services, LLC, Case No. 13-26453; and Diagnostic P.E.T. Network, LLC, Case No. 13-26457.

{TAKADA/017/00037890.DOC/}

6.  Auctioneer incurred $6,715.49 in auction expenses (see **Exhibit B**), which are deducted from the Sale Proceeds. Therefore, the net sale proceeds were $39,562.01.

7.  The sale of Debtor's Sale Items has concluded and the Trustee is not aware of any other equipment or inventory to sell.

Dated: March 17, 2014

Respectfully submitted,

JOJI TAKADA, solely as Chapter 7 Trustee of Cornhusker RBM, LLC, *et al.*

By:   /s/   *Zane L. Zielinski*
       One of his attorneys

Micah R. Krohn (IL Bar No. 6217264)
Zane L. Zielinski (IL Bar No. 6278776)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Telephone:   (312) 276-1400
Facsimile:    (312) 276-0035
mkrohn@fgllp.com
zzielinski@fgllp.com