**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re )
   CORNHUSKER RBM, LLC, et al., )
                                                ) Bankruptcy No.   13-26443
                                                )
                     Debtor. ) Chapter   7

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____ David Kane / Crane, Simon, Clar & Dan _____

Authorized to Provide Professional Services to: _____ Joji Takada, Chapter 7 Trustee _____

Date of Order Authorizing Employment: _____ March 22, 2018 (retroactive to February 13, 2018) _____

Period for Which Compensation is Sought:
From _____ February 13 _____, 2018 through _____ December 4 _____, 2018

Amount of Fees Sought: $ 56,232.00

Amount of Expense Reimbursement Sought: $ 775.81

This is an:    Interim Application _____    Final Application ___✓___

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications: **

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses ** Previously Paid |
|---|---|---|---|---|
| 11/16/16 | 4/22/16 - 11/15/16 | 10,018.29 | 10,018.29 | 10,018.29 |
| 11/30/17 | 11/16/16 - 11/15/17 | 15,146.41 | 15,146.41 | 15,146.41 |

** This is the first and final Fee Application for Crane, Simon, Clar & Dan. The interim fees noted above were applied for, allowed and paid to David Kane's prior firm, Meltzer, Purtill & Stelle LLC.

Dated: _____ December 5, 2018 _____            _____ David L. Kane _____
                                                                                                    (Counsel)

(Rev 11/19/10)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CORNHUSKER RBM, LLC, *et al.*,[1] | ) | Case No. 13-26443 |
| | ) | (jointly administered) |
| Debtors | ) | |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Hearing: January 3, 2019 at 10:00 a.m. |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **January 3, 2019 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer, in the courtroom usually occupied by him, Courtroom No. 682, in the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in his place or stead, and shall then and there present the **Final Application of Trustee's Counsel David L. Kane and Crane, Simon, Clar & Dan for Allowance of Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and hereby served upon you, at which time and place you may appear as you see fit.

Dated: December 5, 2018                                              **CRANE, SIMON, CLAR & DAN**

                                                                                    By:  /s/ *David L. Kane*
                                                                                                One of Its Attorneys

David L. Kane (ARDC No. 6277758)
Crane, Simon, Clar & Dan
135 South LaSalle Street, Suite 3705
Chicago, Illinois 60603
(312) 641-6777 (main)
(312) 641-7114 (fax)
dkane@cranesimon.com

---

[1] The affiliated debtors in these Chapter 7 cases are: Cornhusker RBM, LLC (Case No. 13-26443); DiaTRI, LLC (Case No. 13-26477); Midwest Diagnostic Management, LLC (Case No. 13-26450); Advanced Ancillary Services, LLC (Case No. 13-26453); and Diagnostic P.E.T. Network, LLC (Case No. 13-26457).

**CERTIFICATE OF SERVICE**

    I, David L. Kane, an attorney, certify that on or about December 5, 2018, I caused copies of the **Notice of Motion** and **Final Application of Trustee's Counsel David L. Kane and Crane, Simon, Clar & Dan for Allowance of Compensation and Reimbursement of Expenses**, to be served via electronic notice on the parties noted in the Court's CM/ECF system as set forth on the Service List below.

                                       /s/ *David L. Kane*

Served via CM/ECF electronic notice:

- Charles G Albert    calbert@awpc-law.com, ecrouch@awpc-law.com
- Ronald Barliant    ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- Elizabeth A. Bates    ebates@springerbrown.com, jkrafcisin@springerbrown.com;iprice@springerbrown.com
- Paul M Bauch    pbauch@bauch-michaels.com, smohan@bauch-michaels.com
- Jessica A. Brady    jessica@johnsonkrol.com, docket@johnsonkrol.com
- John J Conway    johnconway@shlawfirm.com
- Daniel P. Dawson    ddawson@nisen.com, adrag@nisen.com
- Matthew Henzi    mhenzi@swappc.com
- John F Hiltz    jhiltz@hzlawgroup.com, bzanzig@hzlawgroup.com,awhitt@hzlawgroup.com
- Harold D. Israel    haroldi@restructuringshop.com, seanw@restructuringshop.com
- Vivek Jayaram    vivek@jayaramlaw.com
- Gregory J Jordan    gjordan@jz-llc.com
- John J Kakacek    jkakacek@stamostrucco.com
- Nicole J Kelly    nkelly@cmk.com, dchavez@cmk.com;bblume@cmk.com;bcarroll@cmk.com
- Jeffrey A Krol    jeffkrol@johnsonkrol.com, docket@johnsonkrol.com;Khuans@johnsonkrol.com
- Patrick D. Lamb    plamb@crowleylamb.com, raguilar@crowleylamb.com;docket@crowleylamb.com
- Parker E Lawton    plawton@srcattorneys.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Donald B Leventhal    don@dbleventhal.com
- Steven A Levy    steven.levy@goldbergkohn.com, bonnie.maciejewski@goldbergkohn.com
- Joseph E Mallon    mallon@johnsonkrol.com, docket@johnsonkrol.com;foderaro@johnsonkrol.com
- Matthew E. McClintock    mattm@restructuringshop.com, teresag@restructuringshop.com;seanw@restructuringshop.com;terryb@goldmclaw.com;harleyg@restructuringshop.com

2

- Kenneth A. Michaels    kmichaels@bauch-michaels.com, smohan@bauch-michaels.com
- Christopher L Muniz    clm@sacounsel.com
- Richard F Nash    rnash@boylebrasher.com, slindauer@boylebrasher.com
- Francis J. Pendergast    fpendergast@crowleylamb.com, ibenavides@crowleylamb.com;docket@crowleylamb.com
- Nathaniel J. Pomrenze    njp@njpltdlaw.com
- Joseph Ptasinski    jptasinski@nisen.com
- Michele M. Reynolds    efile@dbb-law.com, mreynolds@dbb-law.com
- Patrick F Ross    patrick@robertjross.com, kburde@uhlaw.com;rjanczak@uhlaw.com;pfross@uhlaw.com
- Carolina Y. Sales    csales@bauch-michaels.com, smohan@bauch-michaels.com
- Bruce C Scalambrino    bcs@sacounsel.com
- Karl H Schook    karl.schook@rsg-law.com
- Isaac Schreibman    ike@ikeschreibmanlaw.com
- John Sturgeon    john.sturgeon@valpo.edu
- Joji Takada    trustee@takadallc.com, jtakada@ecf.epiqsystems.com
- Steven P. Troy    StevTr8@aol.com
- Zane L Zielinski    trustee@zanezielinski.com, fax@zanezielinski.com
- Mark R Zito    mzito@jz-llc.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CORNHUSKER RBM, LLC, *et al.*,[1] | ) | Case No. 13-26443 |
| | ) | (jointly administered) |
| Debtors | ) | |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Hearing: January 3, 2019 at 10:00 a.m. |

**FINAL APPLICATION OF TRUSTEE'S COUNSEL DAVID L. KANE AND CRANE, SIMON, CLAR & DAN FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

David L. Kane and Crane, Simon, Clar & Dan (collectively, "CSCD"), counsel to Joji Takada ("Trustee") for the jointly administered bankruptcy estates of Cornhusker RBM, LLC, DiaTRI, LLC, Midwest Diagnostic Management, LLC, Advanced Ancillary Services, LLC, and Diagnostic P.E.T. Network, LLC ("Debtors" and the "Estates"), pursuant to section 330 of title 11, United States Code (the "Bankruptcy Code"), Rules 2002 and 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Local Rule 5082-1 of the Bankruptcy Court for Northern District of Illinois (the "Local Rules"), hereby applies (the "Final Application") for the entry of an Order (a) allowing on a final basis CSCD's compensation the amount of $56,232.00 for legal services rendered and $775.81 for reimbursement of expenses during the period from February 13, 2018 through December 4, 2018; and (b) authorizing the Trustee to pay to CSCD such amounts allowed by the Court pursuant to this Final Application. In support of its Final Application, CSCD respectfully states as follows:

---

[1] The affiliated debtors in these Chapter 7 cases are: Cornhusker RBM, LLC (Case No. 13-26443); DiaTRI, LLC (Case No. 13-26477); Midwest Diagnostic Management, LLC (Case No. 13-26450); Advanced Ancillary Services, LLC (Case No. 13-26453); and Diagnostic P.E.T. Network, LLC (Case No. 13-26457).

## INTRODUCTION

1.      This Court has jurisdiction over this Final Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      The statutory bases for the relief requested herein are section 330 of the Bankruptcy Code, Bankruptcy Rules 2002 and 2016, and Local Rule 5082-1.

3.      On June 28, 2013 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

4.      On August 6, 2013, the Court entered an order converting the Debtors' cases to cases proceeding under Chapter 7 of the Bankruptcy Code. Shortly thereafter, Joji Takada was appointed Chapter 7 Trustee.

5.      On April 22, 2016, the Court entered an Order [Dkt. No. 341] approving the employment David L. Kane and the firm of Meltzer, Purtill & Stelle LLC ("MPS") as counsel to the Trustee.

6.      On February 23, 2017, the Court entered an order substantively consolidating the Debtors' cases.

7.      On December 8, 2016, the Court entered the *Order Granting Application of Meltzer, Purtill & Stelle LLC for Allowance of Compensation and Reimbursement of Expenses* [Dkt. No. 375] allowing MPS compensation for professional fees in the amount of 9,835.00 and reimbursement of expenses in the amount of $183.29 for the period between April 22, 2016 and November 15, 2016.

8.      On December 19, 2017, the Court entered the *Order Granting Second Interim Application of Meltzer, Purtill & Stelle LLC for Allowance of Compensation and*

*Reimbursement of Expenses* [Dkt. No. 403] allowing MPS compensation for professional fees in the amount of 14,840.00 and reimbursement of expenses in the amount of $306.41 for the period between November 16, 2016 and November 15, 2017.

9. David L. Kane joined the firm of CSCD on February 12, 2018.

10. On March 22, 2018, the Court entered an Order [Dkt. No. 408] terminating MPS's employment, and approving the employment and substitution of David L. Kane and the firm of CSCD as counsel to the Trustee retroactive to February 13, 2018.

### CSCD PROFESSIONALS AND SERVICES PROVIDED

11. The attorneys performing services for the Trustee, and their respective hourly billing rates, are set forth in the chart below. The hourly rates for the CSCD professionals listed below are customary, reasonable and comparable to hourly rates charged for similar legal services by similarly skilled professionals.

### FEE SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | Hours | Amount |
| --- | --- | --- | --- | --- |
| David L. Kane | Partner | 450.00 | 120.20 | 54,090.00 |
| Arthur G. Simon | Partner | 510.00 | 3.20 | 1,632.00 |
| Scott R. Clar | Partner | 510.00 | 1.00 | 510.00 |
| **Total** | | | 124.40 | $56,232.00 |

12. CSCD is currently comprised of five (5) partners, and one (1) "of counsel" attorney, several of whom have participated in representing the Trustee in these bankruptcy cases. The following is biographical information pertaining to the attorneys who have been primarily involved in the representation of the Trustee, each of who has significant experience and expertise in bankruptcy, reorganization and litigation matters.

3

13.	David L. Kane is a partner in CSCD and has been practicing law since being admitted to practice in Illinois in 2002.  Mr. Kane represents Chapter 7 and Chapter 11 debtors, secured and unsecured creditors, financial institutions, asset purchasers, Chapter 7 trustees, assignees, and equity security holders in a variety of bankruptcy and out-of court matters.  He has experience in almost every facet of complex bankruptcy and insolvency proceedings, including plan confirmations, cash collateral and debtor-in-possession financing, section 363 sale transactions, real estate and equipment leasing disputes and claims administration, as well as preference, fraudulent transfer and the prosecution and defense of bankruptcy adversary litigation.

14.	Arthur G. Simon is a partner in CSCD and has been practicing law since 1979 when he graduated from Loyola University of Chicago, School of Law. Mr. Simon has been admitted to practice law in the state courts of Illinois, in the United States Courts of Appeals for the Third and Seventh Circuits, and in the United States District Courts for the Northern and Central Districts of Illinois, the Eastern District of Wisconsin and the Northern District of Indiana. Beginning in 1981, he became engaged almost exclusively in the practice of bankruptcy and insolvency litigation and has represented virtually every type of party in such matters, including Chapter 7 and Chapter 11 debtors, secured creditors, landlords, trustees, and creditors' committees.

15.	Scott R. Clar is a partner in CSCD and has been a practicing attorney in the State of Illinois since 1982.  From January, 1985 through September, 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter 11 cases, and supervised Chapter 7 panel trustees.  His

4

practice is concentrated in the field of bankruptcy, having represented Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees and individual creditors.

16. During the Final Application period, CSCD made every reasonable effort to have services that it rendered to the Trustee performed by those qualified professionals charging the lowest hourly rates consistent with the level of service, experience, and efficiency required of a given task.

17. All of the compensation for which CSCD requests allowance and payment, and all of the expenses for which CSCD requests reimbursement, in this Final Application relate to the discharge of CSCD services, as requested by the Trustee, during the Final Application period.

18. CSCD respectfully submits that its services rendered to the Trustee and expenses incurred during the Final Application period have, in all respects, been reasonable, necessary, and beneficial to the Estates, as further discussed herein.

19. Pursuant to Bankruptcy Rule 2016(a), a narrative summary of the services rendered by CSCD is set forth below. Itemized and detailed descriptions of the specific services rendered and expenses incurred by CSCD to the Trustee during this period are reflected on the billing statements attached hereto as **Exhibits A** through **Exhibit F**. The billing statements set forth the name of each attorney providing service, the date on which each service was rendered, the amount of time expended rendering each service in one-tenth (0.10) hourly intervals, a description of the services rendered and the total amount of services rendered by each attorney in each category. A master invoice setting forth all of the fees and expenses sought by CSCD is also attached hereto as **Schedule 1**.

5

20. The legal services rendered to the Trustee by CSCD and the invoices attached hereto which evidence such services have been categorized pursuant to a task-based billing system based upon the ABA Uniform Task-Based Management System – Bankruptcy Code Set and Litigation Code Set (the "Code Set"). The Code Set is derived from the code set published by the U.S. Department of Justice, Executive Office for the United States Trustee.

21. For the Court's convenience, CSCD has categorized its services to the Trustee during the Final Application period into five (5) task categories, as follows: (a) Case Administration; (b) Asset Analysis and Recovery; (c) Fee/Employment Applications; (d) Other Contested Matters/Motions; and (e) Claims Administration and Objections.

### FEE SUMMARY BY TASK

| Task | | Exhibit | Hours | Amount |
|---|---|---|---|---|
| B110 | Case Administration | A | 1.60 | 720.00 |
| B120 | Asset Analysis and Recovery | B | 4.70 | 2,115.00 |
| B160 | Fee/Employment Applications | C | 10.40 | 4,680.00 |
| B190 | Other Contested Matters/Motions | D | 5.40 | 2,430.00 |
| B310 | Claims Administration and Objections | E | 102.30 | 46,287.00 |
| | **Total** | | **124.40** | **$56,232.00** |

22. There has been no unnecessary duplication of services by CSCD professionals. Where two or more professionals participated in any activity, such joint participation was necessary as a result of (a) either the size or complexity of the matters involved or (b) the need to familiarize each attorney with the matters at issue so that such attorney could perform further necessary services.

6

23. The tasks performed by CSCD in each of the listed categories and the fees and expenses incurred by CSCD are set forth in the attached exhibits and are summarized below as follows:

**Exhibit A**: B110-Case Administration. The fees in this category include, without limitation, time expended for the following: communications regarding case background and matters related thereto. As more fully set forth in **Exhibit A** attached hereto, CSCD has expended a total of 1.60 hours in this category and is seeking compensation in the amount of $720.00.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| David L. Kane | Partner | 450.00 | 1.60 | 720.00 |
| **Total** | | | **1.60** | **$720.00** |

**Exhibit B**: B120-Asset Analysis and Recovery. The fees in this category include, without limitation, time expended for the following: collection of litigation settlements from Argent, and communications with remnant asset purchasers regarding the potential sale of unknown assets. As more fully set forth in **Exhibit B** attached hereto, CSCD has expended a total of 4.70 hours in this category and is seeking compensation in the amount of $2,115.00.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| David L. Kane | Partner | 450.00 | 4.70 | $2,115.00 |
| **Total** | | | **4.70** | **$2,115.00** |

**Exhibit C**: B160-Fee/Employment Applications. The fees in this category include, without limitation, time expended for the following: matters related to substitution of counsel, and the fee applications of Argent, CSCD and accountant Alan Lasko. As more fully set forth in **Exhibit C** attached hereto, CSCD has expended a total of 10.40 hours in this category and is seeking compensation in the amount of $4,680.00.

Of the fees sought in this billing category, CSCD spent 5.20 hours for a total of $2,340.00 in connection with preparing, reviewing and revising this Final Application. Based upon the total fees requested herein, the value of time recorded for the preparation of this Final Application represents just over four

7

percent (4.16%) of the total fees sought for services rendered during the Final Application period.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| David L. Kane | Partner | 450.00 | 10.40 | 4,680.00 |
| **Total** | | | **10.40** | **$4,680.00** |

**Exhibit D**: B190-Other Contested Matters. The fees in this category include, without limitation, time expended for the following: motions to abandon and shred documents and computers containing PII and PHI, motion to seal proofs of claims that violate HIPAA, and hearings related to same. As more fully set forth in **Exhibit D** attached hereto, CSCD has expended a total of 5.40 hours in this category and is seeking compensation in the amount of $2,430.00.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| David L. Kane | Partner | 450.00 | 5.40 | 2,430.00 |
| **Total** | | | **5.40** | **$2,430.00** |

**Exhibit E:** B310-Claims Administration. The fees in this category include, without limitation, time expended for the following: review in excess of 200 filed proofs of claim, preparation of and hearings on 50+ objections to claims, and multiple calls and correspondence with creditors related to same. As more fully set forth in **Exhibit F** attached hereto, CSCD has expended a total of 102.30 hours in this category and is seeking compensation in the amount of $46,287.00.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| David L. Kane | Partner | 450.00 | 98.10 | 44,145.00 |
| Arthur G. Simon | Partner | 510.00 | 3.20 | 1,632.00 |
| Scott R. Clar | Partner | 510.00 | 1.00 | 510.00 |
| **Total** | | | **102.30** | **$46,287.00** |

**Exhibit F**: Expenses. The fees in this category may include, without limitation, reimbursement of expenses for the following: in-house and offsite copying and printing at not more than $0.10 per page; delivery services and messengers; and actual postage. All expenses are billed at the amounts incurred by CSCD and are solely for reimbursement. As more fully set forth in **Exhibit G** attached hereto, CSCD is seeking reimbursement for actual expenses in the amount of $775.81.

## BENEFIT TO THE ESTATE

24. CSCD's efforts have substantially benefited the Debtor's Estates by assisting the Trustee in dealing with day-to-day matters, asset recovery and claims administration matters. CSCD's work on claims administration led to the disallowance and/or modification of over $3.25 million of duplicate, late, and misclassified claims, resulting in a significant reduction to the total claims pool. Creditors will thus receive a specific financial benefit in the way of increased distributions for general unsecured creditors. As such, there can be no question that CSCD's representation of the Trustee has been beneficial to the Debtors' estates and creditors.

## CONCLUSION

25. CSCD respectfully submits that the fees and expense reimbursement sought to be approved herein are reasonable given the nature, extent and value of services rendered, the complexity of the issues, the quality and skill which the matters required and the costs of comparable services in similar cases under Chapter 7 in this District.

26. CSCD has expended a total of 124.40 hours during the period covered by this Second Application for the services described above. The total value of the services and the allowance of compensation requested for those services is $56,232.00. In addition, CSCD has incurred $775.81 in reasonable and necessary expenses related to its representation of the Trustee.

27. CSCD requests that the order approving this Final Application be effective immediately upon entry.

9

**NOTICE**

28. Twenty-one days' notice of the hearing on this Final Application has been provided to (a) Debtors, (b) the Office of the United States Trustee, (c) the 20 Largest Creditors, and (d) all parties who have requested or receive notice via CM/ECF. In light of the relief requested herein, and the burdensome cost to the Estates associated with additional notice to all 3,000+ creditors, CSCD respectfully requests that the Court limit the notice required to the parties set forth above, and find that no other or further notice need be given.[2]

.

WHEREFORE, CSCD respectfully requests that the Court enter an Order (a) allowing on a final basis CSCD's compensation the amount of $56,232.00 for legal services rendered and $775.81 for reimbursement of actual expenses during the period from February 13, 2018 through December 4, 2018; and (b) authorizing the Trustee to pay to CSCD all such amounts allowed by the Court pursuant to this Final Application.

Dated: December 5, 2018                                **CRANE, SIMON, CLAR & DAN**

                                                       By: /s/ *David L. Kane*
                                                           One of Its Attorneys

David L. Kane (ARDC No. 6277758)
Crane, Simon, Clar & Dan
135 South LaSalle Street, Suite 3705
Chicago, Illinois 60603
(312) 641-6777 (main)
(312) 641-7114 (fax)
dkane@cranesimon.com

---

[2] The Court has routinely limited notice in these cases to the parties set forth in Paragraph 28.

10